(No. 73-CC-188—Claimant )

HOLIDAY INN OF CARBONDALE, Claimant, *vs.* STATE OF ILLINOIS, GOVERNOR'S OFFICE OF HUMAN RESOURCES, Respondent.

*Opinion filed May 15, 1974.*

HOLIDAY INN OF CARBONDALE, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; DOUGLAS G. OLSON, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 74-CC-54—Claimant )

METHODIST HOSPITAL OF CENTRAL ILLINOIS, Claimant, *vs.* STATE OF ILLINOIS, DIVISION OF VOCATIONAL REHABILITATION, Respondent.

*Opinion filed May 15, 1974.*

METHODIST HOSPITAL OF CENTRAL ILLINOIS, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.